NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM F. PITTMAN,                )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-728
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____)

Opinion filed October 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

William F. Pittman, pro se.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and NORTHCUTT and BADALAMENTI, JJ., Concur.